MARTIN SCHNIBBE and Others, Appellants, v. FRED GLENZ and KATIE GLENZ, His Wife, Respondents.*— Judgment reversed upon the law and the facts, and new trial granted, costs to appellants to abide the event. In our opinion the judgment is against the weight of the evidence. Upon a retrial more detailed proof should be presented to make it readily determinable whether or not the restrictive covenant is violated. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

MAURICE A. SYLVAN, Respondent, v. THE METRO CHOCOLATE COMPANY, INC., Appellant.— Order directing examination before trial modified as to paragraph 1 so as to read: " 1. The terms of the written contract of employment between the plaintiff and the defendant dated March 19, 1927." As so modified, the order is affirmed, without costs; examination to proceed on five days' notice at same place and hour. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

HARRY TANENBAUM, Respondent, v. DAVID GOLDSTEIN and Others, Defendants, and PHILIP HUTT, Appellant.— Order affirmed, with ten dollars costs and disbursements. Examination to proceed on five days' notice. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

DAVID TENENBAUM, Trading as TENEN SHIRT MFG. Co., Respondent, v. H. E. WILLIAMS Co., INC., Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young and Kapper, JJ., concur; Seeger, J., dissents and votes to grant the motion for change of venue upon the ground that the cause of action arose in Rensselaer county, where the majority of the witnesses reside, and the convenience of witnesses and the ends of justice require a change of venue.

UTILITY OIL CORPORATION, Appellant, v. JOSEPH S. YEWDELL, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

WILLIAM P. WILLETTS, Respondent, v. CHARLES L. DIMON and Another, Defendants. DELAWARE-HUDSON STEAMSHIP COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.